# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | Case No. 11-27439 |
| WILLIAM A GARDNER, III § | Chapter 7 |
| ROBIN C GARDNER § | |
| Debtor(s) § | |
| § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

>Clerk of the Court
>219 South Dearborn
>Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

>Date: March 22, 2013
>Time: 9:15 A.M.
>Location: Joliet City Hall
>Second Floor
>150 West Jefferson Street
>Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: February 19, 2013     By: _/s/ Joji Takada_
                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WILLIAM A GARDNER, III § Case No. 11-27439
ROBIN C GARDNER §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 94,090.48 |
| and approved disbursements of | $ | 4,611.22 |
| leaving a balance on hand of[1] | $ | 89,479.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 7,954.52 | $ 0.00 | $ 7,954.52 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 21,905.00 | $ 0.00 | $ 21,905.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 71.14 | $ 0.00 | $ 71.14 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,550.34 | $ 0.00 | $ 1,550.34 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 14.50 | $ 0.00 | $ 14.50 |
| Other: Department of Treasury | $ 2,753.00 | $ 2,753.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 1,563.00 | $ 1,563.00 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES | $ 14.05 | $ 14.05 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 31,495.50 |
| Remaining Balance | | | $ 57,983.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,753.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | INTERNAL REVENUE SERVICE | $ 17,753.00 | $ 0.00 | $ 17,753.00 |
| | Total to be paid to priority creditors | | | $ 17,753.00 |
| | Remaining Balance | | | $ 40,230.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 170,862.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 10,657.91 | $ 0.00 | $ 2,509.47 |
| 2 | BEVERLY BANK & TRUST COMPANY, N.A. | $ 82,634.51 | $ 0.00 | $ 19,456.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CHASE BANK USA N.A | $ 16,368.70 | $ 0.00 | $ 3,854.11 |
| 4 | CHASE BANK USA N.A | $ 48,209.31 | $ 0.00 | $ 11,351.19 |
| 5 | CAPITAL ONE BANK (USA), N. A. | $ 5,992.50 | $ 0.00 | $ 1,410.97 |
| 7 | American Express Bank FSB | $ 7,000.00 | $ 0.00 | $ 1,648.20 |

Total to be paid to timely general unsecured creditors    $   40,230.76

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                          Case No. 11-27439-BWB
William A Gardner                                               Chapter 7
Robin C Gardner
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: pgordon               Page 1 of 2              Date Rcvd: Feb 20, 2013
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2013.
db/jdb         William A Gardner, III,    Robin C Gardner,    11960 Flagstone Turn,   Frankfort, IL   60423-8972
18128855       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
17495024      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17495025      +Beverly Bank,   4350 Lincoln Highway,    Matteson, IL 60443-3082
17619022      +Beverly Bank & Trust Company, N.A.,    c/o Lorenzini & Associates, Ltd.,
                1900 Spring Rd., Suite 501,   Oak Brook, IL 60523-1482,    Attn: Eric A. Freeland
17934096       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
17495026      +Capital One, N.a.,   Capital One Bank (USA) N.A.,    Po Box 30285,   Salt Lake City, UT 84130-0285
17495027      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17891507       Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
17495028      +Chase Mht Bk,   Attn: Bankruptcy,    Po Box 15145,   Wilmington, DE 19850-5145
17495029      +Chase Visa Mastercard,    PO Box 15153,   Wilmington, DE 19886-5153
17495030      +Chase-mnhtn,   Po Box 901039,    Fort Worth, TX 76101-2039
17495032      +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
17495033      +First Horizon Home Loans,    First Tennessee Bank Attn: Bkcy,    Po Box 1469,
                Knoxville, TN 37901-1469
17495034      +Indymac Bank,   Attn:Bankruptcy,    2900 Esperanza Crossing,    Austin, TX 78758-3658
17495035     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17495031       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2013 04:23:11    Discover Fin,   Po Box 8003,
                Hilliard, OH 43026
18715772       E-mail/Text: cio.bncmail@irs.gov Feb 21 2013 04:01:49    Department of the Treasury,
                Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
17825006       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2013 04:23:11    Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18090214      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2013 04:22:27    Green Tree Servicing LLC,
                7360 S. Kyrene Rd,   Recovery Dept T120,   Tempe, AZ 85283-8432
18723901       E-mail/Text: cio.bncmail@irs.gov Feb 21 2013 04:01:49    Internal Revenue Service,
                P.O. Box 21126,   Philadelphia, PA 19114
18435083       E-mail/Text: ECF@SHERMETA.COM Feb 21 2013 05:02:12    JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI   48308-0908
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank/Gecker LLP
18309176*      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 2 of 2                  Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2013 at the address(es) listed below:

```
              Chester H. Foster, Jr.    on behalf of Debtor William A Gardner, III chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Chester H. Foster, Jr.    on behalf of Joint Debtor Robin C Gardner chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              Eric A Freeland    on behalf of Creditor    Beverly Bank & Trust Company NA eaf@lorenzinilaw.com
              Frances  Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
              Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Micah R Krohn    on behalf of Trustee Joji  Takada mkrohn@fgllp.com,   ccarpenter@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor    Nationstar Mortgage, LLC Courts@tmlong.com
              Timothy R Yueill    on behalf of Creditor    Deutsche Bank National Trust Company
               timothyy@nevellaw.com
                                                                                              TOTAL: 10
```