UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WILLIAM A GARDNER, III | § | Case No. 11-27439 |
| ROBIN C GARDNER | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee     , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Green Tree Servicing LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| | | | | | |
| Department of Treasury | | | | | |
| Illinois Department of Revenue | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Alan Lasko and Associates PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | American Express Bank FSB | | | | | |
| 2 | BEVERLY BANK & TRUST COMPANY, N.A. | | | | | |
| 5 | CAPITAL ONE BANK (USA), N. A. | | | | | |
| 4 | CHASE BANK USA N.A | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CHASE BANK USA N.A | | | | | |
| 1 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-27439 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM A GARDNER, III | | | | Date Filed (f) or Converted (c): | 06/30/2011 (f) |
| | ROBIN C GARDNER | | | | 341(a) Meeting Date: | 08/01/2011 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 12/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S HOMESTEAD. LOCATION: 11960 FLAGSTONE, T | 610,000.00 | 0.00 | OA | 0.00 | FA |
| 2. RENTAL PROPERTY LOCATED AT 58979 SOUTH BEACH, DR | 1,004,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT LOCATED AT OLD PLANK TRAIL BANK | 11.00 | 0.00 | | 0.00 | FA |
| 4. PRINCIPAL BANK LOCATED IN DES MOINES IA | 100.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. U-PROMISE 529 COLLEGE TUITION PLAN FOR DEBTORS' | 3,800.00 | 0.00 | | 0.00 | FA |
| 8. AMERICAN FUNDS - COLLEGE AMERICA 529 COLLEGE TUI | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401K PLAN - HUSBANND | 90,795.00 | 0.00 | | 0.00 | FA |
| 10. 2004 SIENNA TOYOTA (PASSENGER VAN) AUTOMOBILE. | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. 2005 JEEP GRAND CHEROKEE | 3,500.00 | 811.00 | | 0.00 | FA |
| 12. 2005 TOYOTA SEQUOIA (@160,000 MILES) | 8,950.00 | 0.00 | | 0.00 | FA |
| 13. ACCOUNTS RECEIVABLE | 30,326.85 | 30,326.85 | | 30,326.85 | FA |
| 14. Preference Payment to Debtor's Sister     (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| 15. Preference Payment to American Express     (u) | 20,000.00 | 20,000.00 | | 7,000.00 | FA |
| 16. Sale of Stock (u) | 738.81 | 738.81 | | 738.81 | FA |
| 17. Prepetition income (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| INT. Post-Petition Interest Deposits     (u) | Unknown | N/A | | 1.03 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,788,721.66 | $107,876.66 | | $94,066.69 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/29/11--Received/deposited $28656.69 in rental proceeds re: Hatteras property.
11/07/11--Telephone conference with C. Foster re: acceptance of settlement of $6,000.00 fraudulent transfer to sister.
120711--DEADLINE TO OBJECT TO DISCHARGE EXTENDED TO 022912
121311--Court approved compromise of $6000 preference payment to Debtor's sister
122011--Court approved compromise of $7000 preference payment to American Express
121212--Tax return filed and awaiting audit period to end
011513--TFR submitted to UST for review

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 06/30/2013     Current Projected Date of Final Report (TFR): 09/13/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-27439 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: WILLIAM A GARDNER, III | Bank Name: The Bank of New York Mellon |
| ROBIN C GARDNER | Account Number/CD#: XXXXXX7865 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9639 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/26/11 | 13 | Surf or Sound Realty PO Box 100 Avon, NC 27915-0100 | Rents through July 2011 DEPOSIT CHECK #86129 | 1122-000 | $10,656.69 | | $10,656.69 |
| 09/26/11 | 13 | Surf or Sound Realty PO Box 100 Avon, NC 27915-0100 | Rents through July 2011 DEPOSIT CHECK #87492 | 1122-000 | $18,000.00 | | $28,656.69 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $28,656.72 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $28,631.72 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $28,631.96 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $56.87 | $28,575.09 |
| 11/01/11 | 13 | Surf or Sound PO Box 100 Avon, NC 27915-0100 | Final rental payment for 2011 DEPOSIT CHECK #88288 | 1122-000 | $1,670.16 | | $30,245.25 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,245.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $65.72 | $30,179.77 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,180.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $62.01 | $30,118.01 |
| 01/12/12 | 14 | William Gardner 11960 Flagstone Turn Frankfort, IL 60423 | Payment re: preferential transfer to Debtor's sister DEPOSIT CHECK #1531 | 1241-000 | $6,000.00 | | $36,118.01 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.27 | | $36,118.28 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $71.57 | $36,046.71 |
| 02/14/12 | | Transfer to Acct # xxxxxx5734 | Transfer of Funds | 9999-000 | | $36,046.71 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $36,327.88 | $36,327.88 |
| Less: Bank Transfers/CD's | $0.00 | $36,046.71 |
| Page Subtotals: | $36,327.88 | $36,327.88 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

|   | | |
|---|---:|---:|
| Subtotal | $36,327.88 | $281.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,327.88 | $281.17 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-27439 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WILLIAM A GARDNER, III | Bank Name: | Congressional Bank |
|  | ROBIN C GARDNER | Account Number/CD#: | XXXXXX5734 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX9639 | Blanket Bond (per case limit): |  |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/12 |  | Transfer from Acct # xxxxxx7865 | Transfer of Funds | 9999-000 | $36,046.71 |  | $36,046.71 |
| 02/23/12 | 15 | American Express<br>2401 W Behrend Drive Suite 55<br>Phoenix, Arizona 85027 | Preference avoidance | 1241-000 | $7,000.00 |  | $43,046.71 |
| 02/28/12 | 16 | William Gardner<br>11960 Flagstone Turn<br>Frankfort, Illinois 60423 | Proceeds from sale | 1129-000 | $738.81 |  | $43,785.52 |
| 03/29/12 | 17 | William Gardner | Settlement funds<br>Prepetition income | 1249-000 | $15,000.00 |  | $58,785.52 |
| 05/03/12 | 17 | William Gardner | Non-exempt funds | 1249-000 | $35,000.00 |  | $93,785.52 |
| 05/29/12 | 1001 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 |  | $14.05 | $93,771.47 |
| 07/23/12 | 1002 | Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, Ohio 45999-0148 | Bankruptcy Estate Tax Payment | 2810-000 |  | $2,753.00 | $91,018.47 |
| 07/23/12 | 1003 | Illinois Deparment of Revenue<br>PO Box 19009<br>Springfield, Illinois 62794-9009 | Bankruptcy Estate Tax Payment | 2820-000 |  | $1,563.00 | $89,455.47 |
| 09/18/12 |  | State of Illinois | Bankruptcy Estate Tax Payment<br>Refund from State of Illinois | 1124-000 | $16.40 |  | $89,471.87 |
| 11/16/12 |  | US Treasury | Bankruptcy Estate Tax Payment<br>Refund re: Estate Tax Payment | 1124-000 | $7.39 |  | $89,479.26 |
| 02/12/13 |  | Transfer to Acct # xxxxxx8975 | Transfer of Funds | 9999-000 |  | $89,479.26 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $93,809.31 | $93,809.31 |
| Less: Bank Transfers/CD's | $36,046.71 | $89,479.26 |
| Subtotal | $57,762.60 | $4,330.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $57,762.60 | $4,330.05 |

Page Subtotals: $93,809.31   $93,809.31

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page: 4

Case 11-27439   Doc 69   Filed 12/30/13   Entered 12/30/13 12:57:50   Desc Main
Document    Page 12 of 19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-27439
Case Name: WILLIAM A GARDNER, III
ROBIN C GARDNER
Taxpayer ID No: XX-XXX9639
For Period Ending: 11/12/2013

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8975
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx5734 | Transfer of Funds | 9999-000 | $89,479.26 | | $89,479.26 |
| 03/27/13 | 100002 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. Reversal Disbursement calculation incorrect because of disallowed professional expenses | 3210-003 | | ($20,520.00) | $109,999.26 |
| 03/27/13 | 100003 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. Reversal | 3220-003 | | ($65.62) | $110,064.88 |
| 03/27/13 | 100004 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. Reversal | 3410-003 | | ($1,550.34) | $111,615.22 |
| 03/27/13 | 100005 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. Reversal Reprinting distribution to correct error | 3420-003 | | ($14.50) | $111,629.72 |
| 03/27/13 | 100007 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 24.36 % per court order. Reversal Reprinting distribution to correct error | 7100-003 | | ($2,596.21) | $114,225.93 |
| 03/27/13 | 100006 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Final distribution to claim 8 representing a payment of 100.00 % per court order. Reversal Reprinting distribution to correct error | 5800-003 | | ($17,753.00) | $131,978.93 |
| 03/27/13 | 100008 | BEVERLY BANK & TRUST COMPANY, N.A.<br>c/o Lorenzini & Associates, Ltd.,1900 Spring Rd., Suite 501,Attn: Eric A. Free<br>Oak Brook, IL 60523 | Final distribution to claim 2 representing a payment of 24.36 % per court order. Reversal Reprinting distribution to correct error | 7100-003 | | ($20,129.32) | $152,108.25 |

Page Subtotals: $89,479.26    ($62,628.99)

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-27439  
Case Name: WILLIAM A GARDNER, III  
            ROBIN C GARDNER  
Taxpayer ID No: XX-XXX9639  
For Period Ending: 11/12/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8975  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/13 | 100009 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final distribution to claim 3 representing a payment of 24.36 % per court order. Reversal Reprinting distribution to correct error | 7100-003 | | ($3,987.33) | $156,095.58 |
| 03/27/13 | 100010 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final distribution to claim 4 representing a payment of 24.36 % per court order. Reversal Reprinting distribution to correct error | 7100-003 | | ($11,743.53) | $167,839.11 |
| 03/27/13 | 100011 | N. A. CAPITAL ONE BANK (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 5 representing a payment of 24.36 % per court order. Reversal Reprinting distribution to correct error | 7100-003 | | ($1,459.74) | $169,298.85 |
| 03/27/13 | 100012 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 7 representing a payment of 24.36 % per court order. Reversal Reprinting distribution to correct error | 7100-003 | | ($1,705.15) | $171,004.00 |
| 03/27/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. Reversal Reprinting distribution to correct error | 2100-003 | | ($7,954.52) | $178,958.52 |
| 03/27/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-003 | | $7,954.52 | $171,004.00 |
| 03/27/13 | 100002 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. | 3210-003 | | $20,520.00 | $150,484.00 |
| 03/27/13 | 100003 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. | 3220-003 | | $65.62 | $150,418.38 |
| 03/27/13 | 100004 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-003 | | $1,550.34 | $148,868.04 |

Page Subtotals:                                                              $0.00          $3,240.21

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-27439 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | WILLIAM A GARDNER, III | | Bank Name: | The Bank of New York Mellon |
| | ROBIN C GARDNER | | Account Number/CD#: | XXXXXX8975 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9639 | | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/13 | 100005 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3420-003 | | $14.50 | $148,853.54 |
| 03/27/13 | 100006 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-003 | | $17,753.00 | $131,100.54 |
| 03/27/13 | 100007 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 24.36 % per court order. | 7100-003 | | $2,596.21 | $128,504.33 |
| 03/27/13 | 100008 | BEVERLY BANK & TRUST COMPANY, N.A.<br>c/o Lorenzini & Associates, Ltd.,1900 Spring Rd., Suite 501,Attn: Eric A. Free<br>Oak Brook, IL 60523 | Final distribution to claim 2 representing a payment of 24.36 % per court order. | 7100-003 | | $20,129.32 | $108,375.01 |
| 03/27/13 | 100009 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 3 representing a payment of 24.36 % per court order. | 7100-003 | | $3,987.33 | $104,387.68 |
| 03/27/13 | 100010 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 4 representing a payment of 24.36 % per court order. | 7100-003 | | $11,743.53 | $92,644.15 |
| 03/27/13 | 100011 | N. A. CAPITAL ONE BANK (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 5 representing a payment of 24.36 % per court order. | 7100-003 | | $1,459.74 | $91,184.41 |
| 03/27/13 | 100012 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 7 representing a payment of 24.36 % per court order. | 7100-003 | | $1,705.15 | $89,479.26 |
| 03/27/13 | 100013 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,954.52 | $81,524.74 |
| 03/27/13 | 100014 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $20,520.00 | $61,004.74 |

Page Subtotals:  $0.00   $87,863.30

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-27439 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | WILLIAM A GARDNER, III | | Bank Name: | The Bank of New York Mellon |
| | ROBIN C GARDNER | | Account Number/CD#: | XXXXXX8975 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9639 | | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/13 | 100015 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $5.52 | $60,999.22 |
| 03/27/13 | 100016 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,550.34 | $59,448.88 |
| 03/27/13 | 100017 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $14.50 | $59,434.38 |
| 03/27/13 | 100018 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-003 | | $17,753.00 | $41,681.38 |
| 03/27/13 | 100019 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 24.39 % per court order. | 7100-000 | | $2,599.96 | $39,081.42 |
| 03/27/13 | 100020 | BEVERLY BANK & TRUST COMPANY, N.A.<br>c/o Lorenzini & Associates, Ltd.,1900 Spring Rd., Suite 501,Attn: Eric A. Free<br>Oak Brook, IL  60523 | Final distribution to claim 2 representing a payment of 24.39 % per court order. | 7100-000 | | $20,158.38 | $18,923.04 |
| 03/27/13 | 100021 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final distribution to claim 3 representing a payment of 24.39 % per court order. | 7100-000 | | $3,993.08 | $14,929.96 |
| 03/27/13 | 100022 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Final distribution to claim 4 representing a payment of 24.39 % per court order. | 7100-000 | | $11,760.48 | $3,169.48 |
| 03/27/13 | 100023 | N. A. CAPITAL ONE BANK (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 5 representing a payment of 24.39 % per court order. | 7100-000 | | $1,461.85 | $1,707.63 |
| 03/27/13 | 100024 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 7 representing a payment of 24.39 % per court order. | 7100-000 | | $1,707.63 | $0.00 |

Page Subtotals: $0.00  $61,004.74

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-27439 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: WILLIAM A GARDNER, III | Bank Name: The Bank of New York Mellon |
| ROBIN C GARDNER | Account Number/CD#: XXXXXX8975 |
| | Checking |
| Taxpayer ID No: XX-XXX9639 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | 100018 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Final distribution to claim 8 representing a payment of 100.00 % per court order.<br>Reversal<br>IRS returned payment stating no liability existed or owed; Funds to be redistributed pro-rata among unsecured creditors. | 5800-003 | | ($17,753.00) | $17,753.00 |
| 07/11/13 | 100025 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-003 | | $1,107.38 | $16,645.62 |
| 07/11/13 | 100026 | BEVERLY BANK & TRUST COMPANY, N.A.<br>c/o Lorenzini & Associates, Ltd.,1900 Spring Rd., Suite 501,Attn: Eric A. Free<br>Oak Brook, IL 60523 | Final distribution per court order. | 7100-003 | | $8,585.89 | $8,059.73 |
| 07/11/13 | 100027 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution per court order. | 7100-003 | | $1,700.74 | $6,358.99 |
| 07/11/13 | 100028 | CHASE BANK USA N. A<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution per court order. | 7100-003 | | $5,009.05 | $1,349.94 |
| 07/11/13 | 100029 | N. A. CAPITAL ONE BANK (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-003 | | $622.63 | $727.31 |
| 07/11/13 | 100030 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution per court order. | 7100-003 | | $727.31 | $0.00 |
| 07/22/13 | 100025 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order.<br>Reversal<br>Funds to be paid to IRS towards priority tax claim. IRS's prior statement of no liability made in error. | 7100-003 | | ($1,107.38) | $1,107.38 |

Page Subtotals: $0.00 ($1,107.38)

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-27439 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: WILLIAM A GARDNER, III | Bank Name: The Bank of New York Mellon |
| ROBIN C GARDNER | Account Number/CD#: XXXXXX8975 |
| | Checking |
| Taxpayer ID No: XX-XXX9639 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/13 | 100026 | BEVERLY BANK & TRUST COMPANY, N.A. c/o Lorenzini & Associates, Ltd.,1900 Spring Rd., Suite 501,Attn: Eric A. Free Oak Brook, IL  60523 | Final distribution per court order. Reversal Funds to be paid to IRS towards priority tax claim.  IRS's prior statement of no liability made in error. | 7100-003 | | ($8,585.89) | $9,693.27 |
| 07/22/13 | 100027 | CHASE BANK USA N. A PO Box 15145 Wilmington, DE  19850-5145 | Final distribution per court order. Reversal Funds to be paid to IRS towards priority tax claim.  IRS's prior statement of no liability made in error. | 7100-003 | | ($1,700.74) | $11,394.01 |
| 07/22/13 | 100028 | CHASE BANK USA N. A PO Box 15145 Wilmington, DE  19850-5145 | Final distribution per court order. Reversal Funds to be paid to IRS towards priority tax claim.  IRS's prior statement of no liability made in error. | 7100-003 | | ($5,009.05) | $16,403.06 |
| 07/22/13 | 100029 | N. A. CAPITAL ONE BANK (USA) by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Final distribution per court order. Reversal Funds to be paid to IRS towards priority tax claim.  IRS's prior statement of no liability made in error. | 7100-003 | | ($622.63) | $17,025.69 |
| 07/22/13 | 100030 | American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Final distribution per court order. Reversal Funds to be paid to IRS towards priority tax claim.  IRS's prior statement of no liability made in error. | 7100-003 | | ($727.31) | $17,753.00 |
| 07/22/13 | 100031 | INTERNAL REVENUE SERVICE P.O. Box 21126 Philadelphia, PA 19114 | Final distribution to claim Previously, IRS stated no liability and returned check.  IRS then informed Trustee that liability did exist, and that prior check should not have been returned. | 5800-000 | | $17,753.00 | $0.00 |

Page Subtotals:  $0.00   $1,107.38

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-27439 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: WILLIAM A GARDNER, III | Bank Name: The Bank of New York Mellon |
| ROBIN C GARDNER | Account Number/CD#: XXXXXX8975 |
| | Checking |
| Taxpayer ID No: XX-XXX9639 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/13 | 100031 | INTERNAL REVENUE SERVICE P.O. Box 21126 Philadelphia, PA 19114 | Final distribution to claim Reversal Previously, IRS stated no liability and returned check. IRS then informed Trustee that liability did exist, and that prior check should not have been returned. 8/26/13: Contacted by IRS that check not received. Stopped payment on check and reissued check again. | 5800-000 | | ($17,753.00) | $17,753.00 |
| 08/27/13 | 100032 | INTERNAL REVENUE SERVICE P.O. Box 21126 Philadelphia, PA 19114 | Final distribution to claim IRS lost check issued for payment on claim. Reissuing check. | 5800-000 | | $17,753.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $89,479.26 | $89,479.26 |
| Less: Bank Transfers/CD's | $89,479.26 | $0.00 |
| Subtotal | $0.00 | $89,479.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $89,479.26 |

Page Subtotals: $0.00 $0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5734 - Checking Account | $57,762.60 | $4,330.05 | $0.00 |
| XXXXXX7865 - Checking Account | $36,327.88 | $281.17 | $0.00 |
| XXXXXX8975 - Checking | $0.00 | $89,479.26 | $0.00 |
|  | $94,090.48 | $94,090.48 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $94,090.48 |
| Total Gross Receipts: | $94,090.48 |